No. 650. DORA E. ROOKER AND WILLIAM V. ROOKER *v.* FIDELITY TRUST COMPANY AND FIDELITY TRUST COMPANY, AS TRUSTEE OF THE ESTATE OF DORA E. ROOKER. Error to the Supreme Court of the State of Indiana. Motion to dismiss or affirm submitted March 15, 1926. Decided March 22, 1926. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code as amended by the Act of February 13, 1925, c. 229, § 1(a), 43 Stat. 937, *Rooker* v. *Fidelity Trust Co.,* 261 U. S. 114; *Rooker* v. *Fidelity Trust Co.,* 263 U. S. 413. Petition for certiorari denied. *Mr. Charles W. Cox* for defendant in error, in support of the motion. *Mr. William V. Rooker* for plaintiff in error, in opposition thereto.

---

No. 225. EVANSVILLE OIL AND GREASE COMPANY ET AL. *v.* IVY L. MILLER, AS STATE FOOD AND DRUG COMMISSIONER OF THE STATE OF INDIANA. Appeal from the District Court of the United States for the District of Indiana. Argued March 19, 1926. Decided March 22, 1926. *Per Curiam.* Affirmed upon the authority of *Texas Company* v. *Brown,* 258 U. S. 466. *Mr. Hubert B. Fuller,* with whom *Messrs. Charles D. Chamberlain, Charles O. Roemler,* and *George B. Morty* were on the brief, for appellants. *Messrs. Arthur L. Gilliam* and *Edward M. White* for appellee.